Núm. 7121.—Acevedo et al., apldos. *v.* Aboy et als., apltes.—
C. D. Humacao. Diciembre 10,
1937.

Por los fundamentos de la opinión emitida en el caso núm. 7122,
*Manuel García* v. *José Hernández Usera et al.*, resuelto en el día de
hoy (ante, pág. 392), se revoca la sentencia apelada que dictó la
Corte de Distrito de Humacao el 29 de junio de 1934, tan sólo en
aquella parte de la sentencia que incluye honorarios de abogado en las
costas concedidas al demandante.

El Juez Asociado Señor Córdova Dávila no intervino.

Núm. 3.—Pueblo, querellante, *v.* Central Cambalache, dmda.—
 Enero 13, 1938.

Vistas las excepciones previas formuladas por la corporación de-
mandada en contra de la querella radicada en este caso;

Por cuanto, las excepciones previas formuladas en este caso son
idénticas a las formuladas por las parte querelladas en el caso de
*Quo Warranto* núm. 1, *El Pueblo de Puerto Rico* v. *The Fajardo
Sugar Company of Porto Rico et al.*, por las razones expresadas en
la opinión emitida el día 12 de julio de 1937 en el referido caso de
*Quo Warranto* núm. 1, *se desestiman* todas y cada una de las ex-
cepciones previas formuladas por la demandada y se concede a ésta
el término de treinta días para contestar la querella.

El Juez Asociado Sr. Wolf está conforme con el resultado. El Juez Aso-
ciado Sr. Córdova Dávila no intervino.

Núm. 7543.—Landrón Landrón, et al., apldos. *v.* Quiñones,
etc., et al., apltes.—C. D. San Juan. 
 Enero 25, 1938.

A la moción de los demandantes apelados de trece de diciembre
último solicitando que se deje sin efecto la resolución de noviembre
30, 1937, admitiendo el recurso de apelación interpuesto para ante la
Corte de Circuito de Apelaciones para el Primer Circuito, oídas am-
bas partes el 20 de diciembre de 1937, *no ha lugar.*